## UNITED STATES COURT OF INTERNATIONAL TRADE

NAVNEET EDUCATION, LTD.,

    *Plaintiff,*

v.

UNITED STATES,

    *Defendant.*

Before: Stephen Alexander Vaden, Judge

Court No. 1:22-cv-00132

### ORDER

On consideration of the Unopposed Motion to Intervene filed by the Association of American School Paper Suppliers and its individual members, ACCO Brands USA LLC, Norcom, Inc., and Top Flight, Inc. (collectively, "the Association"), and on consideration of all other papers and proceedings herein, it is hereby:

**ORDERED** that the Motion is granted as of right, per 28 U.S.C. § 2631(j)(1)(B);

**ORDERED** that the Association is party to this action as Defendant-Intervenor; and

**ORDERED** that, when the parties submit their proposed scheduling order, they should take steps to prevent the filing of duplicate arguments.  Should the parties fail to take such steps, in the interest of the conservation of judicial resources, the Court reserves the right to unilaterally alter their proposed scheduling order to prevent the submission of largely duplicate briefing.

                                                  **/s/ Stephen Alexander Vaden**
                                                  Stephen Alexander Vaden, Judge

Dated: <u>June 16, 2022</u>
       New York, New York