## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NAVNEET EDUCATION LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES, <br><br> *Defendant,* <br><br> and <br><br> ASSOCIATION OF AMERICAN SCHOOL PAPER SUPPLIERS, <br><br> *Defendant-Intervenor.* | Before: Stephen Alexander Vaden, Judge <br><br> Court No. 1:22-cv-00132 |

## JUDGMENT

In accordance with the Opinion issued this day, and after due deliberation, it is hereby

**ORDERED** that the challenged portions of the Department of Commerce's *Certain Lined Paper Products from India: Final Results of Antidumping Duty Administrative Review*, 87 Fed. Reg. 17,989 (Dep't of Com. Mar. 29, 2022) are **SUSTAINED**; and it is further

**ORDERED** that Plaintiff's Motion for Judgment on the Agency Record, ECF No. 23, is **DENIED**.

**SO ORDERED.**

/s/ Stephen Alexander Vaden
Stephen Alexander Vaden, Judge

Dated: December 29, 2023
New York, New York